**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-CR-00209-HEA-SPM |
| BE'TWAIN CROSS, | ) |
| Defendant. | ) |

## ORDER REGARDING PRETRIAL MOTION STATUS AND FINAL DISPOSITION

All pretrial matters in the above-referenced case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). Defendant was arraigned on May 5, 2021 by the Honorable John M. Bodenhausen, U.S. Magistrate Judge, and requested additional time to file pretrial motions. The undersigned found that, in the interest of justice, the request should be granted and extended the deadline for filing motions to June 25, 2021. Upon Defendant's motions, the undersigned granted additional extensions, in the interest of justice, until September 27, 2021. On September 27, 2021 and in compliance with this Court's Order Concerning Pretrial Motions, Defendant filed a Notice indicating that no pretrial motions will be filed. (Doc. 45). As such, no report and recommendation will be forthcoming.

Finally, a change of plea hearing has been set on October 5, 2021 at 10:45 AM before the Honorable Henry E. Autrey, United States District Judge.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of September, 2021.